JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE HAWKINS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. ED CV 21-00933-DMG (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is DENIED, and this action dismissed without prejudice.

DATED: December 20, 2021

                                                                                 DOLLY M. GEE
                                                                                 United States District Judge